EDWARD OKELSON, Respondent, *v.* CLEVELAND & BUFFALO TRANSIT COMPANY, Appellant.

Argued September 28, 1939; decided October 17, 1939.

*Harry D. Sanders, William M. Connelly* and *Russell V. Bleecker* for appellant.

*Edward J. Desmond* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.